# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* JEREMY STEVENS, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 17-cv-00031-GAF |
| IVXPRESS, INC.; *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of the United States' and Relator's Notice of Dismissal, for good cause shown, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby ORDERED that:

1. The Relator's claims against IVXpress, Inc.; Infusion Express of Kansas, LLC; and Donald Peterson are dismissed with prejudice for all claims;

2. The United States' claims against IVXpress, Inc.; Infusion Express of Kansas, LLC; and Donald Peterson are dismissed with prejudice as to the United States as to the "Covered Conduct," as that term is defined in the two Settlement Agreements; and

3. The United States' claims against IVXpress, Inc.; Infusion Express of Kansas, LLC; and Donald Peterson are dismissed without prejudice as to the United States for any claims in this action that are not specifically released by the United States in the Settlement Agreement.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 9, 2019